FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DELFINO CALDERON-MARTINEZ<br><br>　　　　　Defendant. | Case No.: ED 14-12M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- IMMIGRATION STATUS UNDOCUMENTED
- PRIOR DEPORTATIONS 1
- SUBMISSION TO DETENTION

1  and/or
2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3             convincing evidence that he/she is not likely to pose a danger to the
4             safety of any other person or the community if released under 18
5             U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated: 1/8/14

                                    _____
                                    HONORABLE DAVID T. BRISTOW
                                    United States Magistrate Judge